UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN AUSTIN LUCIOUS,<br><br>            Plaintiff,<br><br>    v.<br><br>DR. HEIDI SWITZER, et al.,<br><br>            Defendants. | Case No.  CV 07-6219-VAP (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

    DATED:   August 27, 2009   .

*Virginia A. Phillips*

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\LA07CV06219VAP(PJW)J.wpd